19801459

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| STARR COUNTY SHERIFF'S DEPARTMENT | § § § | |
| **Plaintiff,** | § § § | |
| vs. | § § | CIVIL ACTION NO. 7:26-CV-00222 |
| THE TRAVELERS LLOYDS INSURANCE COMPANY | § § § § | |
| **Defendant** | § § | |

## DEFENDANT THE TRAVELERS LLOYDS INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant THE TRAVELERS LLOYDS INSURANCE COMPANY, ("Travelers Lloyds" or "Defendant"), files its Notice of Removal of this action from the 381st Judicial District Court, Starr County, Texas to the United States District Court for the Southern District of Texas, McAllen Division, the Court for the District and Division encompassing the place where the lawsuit is currently pending. In support of this removal, Defendant relies upon the Appendix Filed in Support of Defendant's Notice of Removal filed contemporaneously herewith and shows the following:

## I.
## INTRODUCTION

1.      On March 27, 2026 Plaintiff filed an original petition in the 381st Judicial District Court, Starr County, Texas captioned *Starr County Sheriff's Department v. The Travelers Lloyds Insurance Company*, Cause Number DC-26-93 (the "State Court Action").

2.      Citation for the State Court Action was served on Defendant Travelers Lloyds on April 7, 2026.

1

19801459

## II.
## BASIS FOR REMOVAL

3.      This Court has original jurisdiction over this State Court Action, pursuant to 28 U.S.C. §1332(a), because it is a civil action between citizens of different states where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4.      The Plaintiff seeks monetary relief of over $5,000,000. *See* Exhibit B at paragraph 4, page 2. Accordingly, the amount in controversy in this matter meets and exceeds the federal jurisdictional minimum of $75,000, exclusive of interest and costs.

5.      Plaintiff at the time of the filing of this action, has been at all times since, and still is a governmental safety and corrections agency located in Texas with their principal office in Rio Grande City, Starr County, Texas. Plaintiff is a department of Starr County, Texas. For diversity purposes, Plaintiff is a citizen of the State of Texas.

6.      Defendant The  Travelers Lloyds Insurance Company at the time of the filing of this action, at the time of this removal, at all relevant times since and is currently, a citizen of the State of Connecticut.  A Lloyds plan is an unincorporated association. The Lloyds plan named as a defendant in this lawsuit - The Travelers Lloyds Insurance Company - is an unincorporated association of ten underwriters. For diversity purposes, the citizenship of an unincorporated association is determined by the citizenship of each member of the association. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990). The members of a Lloyds plan are the underwriters alone. *See Royal Ins. Co. v. Quinn-l Capital Corp.*, 3 F.3d 877,882 (5th Cir. 1993). Here, Connecticut is the domiciliary state for all ten underwriters of The Travelers Lloyds Insurance Company. Accordingly, The Travelers Lloyds Insurance Company is a citizenship of Connecticut for diversity purposes. *See Massey v. State Farm Lloyds, 993 F. Supp. 568,570 (S.D. Tex. 1998).*

2

19801459

7.      Because the amount in controversy exceeds $75,000 and Plaintiff is a citizen of Texas, while Defendant is a citizen of Connecticut, this Court has original jurisdiction over the present action pursuant to 28 USC §1332. Therefore, removal is proper.

8.      This action may be removed to this Court pursuant to 28 USC §1441(a), which allows for the removal of any civil action brought in the state court of which the District Courts of the United States have original jurisdiction, by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending.

9.      This Notice of Removal is filed within thirty (30) days after service (on April 7, 2026) by Defendant of the State Court Action. This Notice of Removal has also been filed within one year of the filing of Plaintiff's Original Petition by which the State Court Action was commenced. This Notice, therefore, if timely filed pursuant to 28 USC §1446 (b).

### III.
### PROCEDURAL REQUIREMENTS

10.      In accordance with 28 USC section 1446 (D), Defendant will promptly give written notice of this Notice of Removal to Plaintiff through counsel of record and file a copy of this Notice of Removal in the 381st Judicial District Court, Starr County, Texas.

11.      Defendant reserves the right to amend or supplement this Notice of Removal.

12.      The following are included in the Appendix filed contemporaneously with this Notice of Removal:

(a)      an index of all documents that clearly identifies each document and indicates the date the document was filed in the State Court Action;

(b)      a copy of each document filed in the State Court Action, except discovery material, arranged in chronological order according to the state court filing date; and

19801459

(d)    a separately filed JS44 Civil Cover Sheet for Cases Removed from State District Court and Supplement to the JS44.

For the above reasons, Defendant gives notice of the removal of the State Court Action to this Court and respectfully requests that this action proceed before this Court as though it had originally been instituted in this Court.

Dated: May 6, 2026.

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone

By:    ROBERT F. SCHEIHING
State Bar No. 0177363500
bscheihing@brock.law

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure this 6th day of May, 2026:

| | |
|---|---|
| Maria Gerguis | Email: mgerguis@dalyblack.com |
| Richard Daly | rdaly@dalyblack.com |
| Daly & Black, P.C. | |
| 2211 Norfolk St., Suite 800 | |
| Houston, Texas 77098 | |

ROBERT F. SCHEIHING