19801459

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **STARR COUNTY SHERIFF'S DEPARTMENT** | § § § | |
| **Plaintiff,** | § § | |
| **V.** | § § | **CIVIL ACTION NO.  7:26-CV-00222** |
| **THE TRAVELERS LLOYDS INSURANCE COMPANY** | § § § | |
| **Defendant** | § § | |

### APPENDIX TO NOTICE OF REMOVAL

Exhibit A:     State Court Docket Sheet

Exhibit B:     Plaintiff's Original Petition

Exhibit B-1:   Citation & Return of Service to Defendant

Exhibit B-2:   Defendant's Original Answer

Exhibit B-3:   Defendant's Jury Demand

Exhibit C:     State Court Notice of Filing Removal