https://research.txcourts.gov/CourtRecordsSearch/ui/casePrintView/8230ec162aa441459505705882714569

## Case Information

 Starr County Sheriff's Department Plaintiff, vs. The Travelers Lloyds Insurance Company Defendant.
DC-26-93

Location

Starr County - 381st District Court

Case Category

Civil - Contract

Case Type

Debt/Contract - Consumer/DTPA

Case Filed Date

3/27/2026

## Parties 2

| Type | Plaintiff |
|---|---|
| Name | STARR COUNTY SHERIFF'S DEPARTMENT |
| Nickname/Alias | |
| Attorneys | Maria R. Gerguis |
| Type | Defendant |
| Name | The Travelers Lloyds Insurance Company |
| Nickname/Alias | |
| Attorneys | ROBERT F. SCHEIHING |

## Events 4

| Date | 4/13/2026 |
|---|---|
| Event | Filing |
| Index # | |
| Type | JURY DEMAND |
| Comments | Demand for Jury |
| Documents | 19801459 Jury Demand.pdf |

EXHIBIT A

| | |
|---|---|
| Date | 4/13/2026 |
| Event | Filing |
| Index # | |
| Type | Answer/Contest/Response |
| Comments | Defendant's Original Answer |
| Documents | 19801459 Answer.pdf |
| Date | 4/9/2026 |
| Event | Filing |
| Index # | |
| Type | RETURNS CIT/SUBP/CAP |
| Comments | Executed citation for The Traveler Lloyds Insurance Registered Agent State of Texas Corporation Service Company |
| Documents | 30748-1 proof.pdf |
| Date | 3/27/2026 |
| Event | Filing |
| Index # | |
| Type | Petition |
| Comments | Plaintiff's Original Petition |
| Documents | 26.3.27 Original Petition - Starr County Sheriff's Department.pdf, 26.3.27 Request for Issuance - Starr County Sherriff's Dept.pdf |

Terms of use   |   Frequently asked questions   |   Support Center   |

© 2026 Tyler Technologies, Inc. | All Rights Reserved | Version: 2026.1.4.2145