

# Notice of Service of Process

**SLM / ALL**
**Transmittal Number: 33729702**
**Date Processed: 04/07/2026**

| | |
|---|---|
| **Primary Contact:** | Sharon Brooks - MS 08-A<br>The Travelers Companies, Inc.<br>1 Tower Sq<br>Rm 8MS<br>Hartford, CT 06183-0001 |

| | |
|---|---|
| **Entity:** | The Travelers Lloyds Insurance Company<br>Entity ID Number  2380750 |
| **Entity Served:** | The Travelers Lloyds Insurance Company |
| **Title of Action:** | Starr County Sheriff's Department vs. The Travelers Lloyds Insurance Company |
| **Matter Name/ID:** | Starr County Sheriff's Department vs. The Travelers Lloyds Insurance Company (19034520) |
| **Document(s) Type:** | OTHER: Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Starr County District Court, TX |
| **Case/Reference No:** | DC-26-93 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 04/07/2026 |
| **Answer or Appearance Due:** | 10:00 am on the Monday next following the experiation of twenty daysv* |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Daly & Black, P.C.<br>713-655-1405 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT B-1

DELIVERED: _4, 7/26_
By: _____

CLERK OF THE COURT
ORLANDO VELASQUEZ
STARR COUNTY COURTHOUSE
RIO GRANDE CITY, TEXAS 78582

Attorney(s)

MARIA R. GERGUIS
2211 NORFOLK ST., SUITE 300
HOUSTON, TX 77098

EMAIL: ECFS@DALYBLACK.COM

## CITATION

TO: The Travelers Lloyds Insurance Company
Registered agent: State of Texas, Corporation Service Company
211 East 7th Street, Suite 620
Austin, TX 78701-3218.

DEFENDANT, in the hereafter and styled and numbered cause: **DC-26-93**
You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before 10 o'clock A.M. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable Jose Luis Garza **IN THE 381ST DISTRICT COURT OF STARR COUNTY, TEXAS** at the Court House of said County in Rio Grande City, TX. Said PETITION was filed on the 27th day of March, 2026 in this cause numbered **DC-26-93** on the docket of said court, and styled,

**STARR COUNTY SHERIFF'S DEPARTMENT PLAINTIFF,**
**VS.**
**THE TRAVELERS LLOYDS INSURANCE COMPANY DEFENDANT.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.
    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court of this office, this **30th day of March, 2026.**

Orlando Velasquez,

Starr County District Clerk
381ST DISTRICT COURT
Starr County, Texas
By: _Diana Comea_
    Deputy Clerk

**NOTICE TO THE DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

CM: 4/6/26 @ 3PM