Filed 4/13/2026 10:33 AM
Orlando Velasquez, District Clerk
Starr County, Texas

Maria Guerra

CAUSE NO. DC-26-93

| | | |
|---|---|---|
| STARR COUNTY SHERIFF'S DEPARTMENT | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| vs. | § § | 381ST JUDICIAL DISTRICT |
| THE TRAVELERS LLOYDS INSURANCE COMPANY | § § § § | |
| Defendant | § | STARR COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **THE TRAVELERS LLOYDS INSURANCE COMPANY,** Defendant in the above-entitled and numbered cause, and files this ORIGINAL ANSWER replying to PLAINTIFF'S ORIGINAL PETITION and for same says:

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial and demands that Plaintiff prove its allegations by a preponderance of the evidence.

### NOTICE OF CONSENT TO ELECTRONIC SERVICE

Defendant consents to electronic service of pleadings, motions, orders, notices, and discovery in this cause *only* when service is completed through eFileTexas.gov, the state-authorized electronic filing manager.

### PRAYER

WHEREFORE, Defendant THE TRAVELERS LLOYDS INSURANCE COMPANY prays that Plaintiff recover nothing from it by way of this suit; that Defendant recover costs of court, and for such other and further relief, both at law and in equity, to which Defendant may be

1980-1459 / Answer                    EXHIBIT B-2

justly entitled.

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone

BY: _____

ROBERT F. SCHEIHING
State Bar No. 17736350
Email: bscheihing@brock.law

ATTORNEYS FOR DEFENDANT
**THE TRAVELERS LLOYDS INSURANCE**
**COMPANY**

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this 13th day of April 2026, to:

Maria R. Gerguis          Email:   mgerguis@dalyblack.com
Richard D. Daly                     mgerguis@dalyblack.com
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, TX 77098

_____
ROBERT F. SCHEIHING

_____
/ Answer                                                                    2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patt Cantu on behalf of Robert Scheihing
Bar No. 17736350
pcantu@brock.law
Envelope ID: 113557113
Filing Code Description: Answer/Contest/Response
Filing Description: Defendant's Original Answer
Status as of 4/13/2026 11:48 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard D.Daly | | ecfs@dalyblack.com | 4/13/2026 10:33:01 AM | SENT |
| Maria Gerguis | | mgerguis@dalyblack.com | 4/13/2026 10:33:01 AM | SENT |
| Darwin Blanco | | dblanco@dalyblack.com | 4/13/2026 10:33:01 AM | SENT |
| Robert Scheihing | | bscheihing@brock.law | 4/13/2026 10:33:01 AM | SENT |