Filed: 4/13/2026 10:33 AM
Orlando Velasquez, District Clerk
Starr County, Texas

Maria Guerra

CAUSE NO. DC-26-93

| | | |
|---|---|---|
| STARR COUNTY SHERIFF'S DEPARTMENT | § § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| vs. | § § § | 381ST JUDICIAL DISTRICT |
| THE TRAVELERS LLOYDS INSURANCE COMPANY | § § § § | |
| Defendant | § | STARR COUNTY, TEXAS |

## DEMAND FOR JURY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **THE TRAVELERS LLOYDS INSURANCE COMPANY,** Defendant

in the above-entitled and numbered cause, and makes this DEMAND FOR JURY TRIAL.

Respectfully submitted,

**BROCK ♦ GUERRA
STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone

BY: _____
ROBERT F. SCHEIHING
State Bar No. 17736350
Email: bscheihing@brock.law

ATTORNEYS FOR DEFENDANT
**THE TRAVELERS LLOYDS INSURANCE
COMPANY**

1980-1459 / Jury Demand                    EXHIBIT B-3

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this 13th day of April 2026, to:

Maria R. Gerguis
Richard D. Daly
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, TX 77098

Email:    mgerguis@dalyblack.com
          mgerguis@dalyblack.com

_____
ROBERT F. SCHEIHING

1980-1459 / Jury Demand

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patt Cantu on behalf of Robert Scheihing
Bar No. 17736350
pcantu@brock.law
Envelope ID: 113557113
Filing Code Description: Answer/Contest/Response
Filing Description: Defendant's Original Answer
Status as of 4/13/2026 11:48 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard D.Daly | | ecfs@dalyblack.com | 4/13/2026 10:33:01 AM | SENT |
| Maria Gerguis | | mgerguis@dalyblack.com | 4/13/2026 10:33:01 AM | SENT |
| Darwin Blanco | | dblanco@dalyblack.com | 4/13/2026 10:33:01 AM | SENT |
| Robert Scheihing | | bscheihing@brock.law | 4/13/2026 10:33:01 AM | SENT |