19801459

## CAUSE NO. DC-26-93

| | | |
|---|---|---|
| STARR COUNTY SHERIFF'S DEPARTMENT | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| vs. | § § | 381ST JUDICIAL DISTRICT |
| THE TRAVELERS LLOYDS INSURANCE COMPANY | § § § § | |
| Defendant | § § | STARR COUNTY, TEXAS |

### DEFENDANT THE TRAVELERS LLOYDS INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that on the 6th day of May, 2025, Defendant THE TRAVELERS LLOYDS INSURANCE COMPANY, ("Defendant"), filed with the clerk of the United States District Court for the Southern District of Texas, McAllen Division, its Notice of Removal, together with copies of all process, pleadings and orders served upon it in the action pending against it in the 381st Judicial District Court, Starr County, Texas, styled *Starr County Sheriff's Department v. The Travelers Lloyds Insurance Company, Cause No. DC-26-93*.

True and correct copies of the Notice of Removal and the Appendix Filed in Support of the Notice of Removal are attached hereto as Exhibit "A" and included herein by reference for all purposes.

All further proceedings with respect to this action shall take place before the United States District Court.

1
EXHIBIT C

19801459

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone

By:

    ROBERT F. SCHEIHING
    State Bar No. 0177363500
    bscheihing@brock.law

ATTORNEYS FOR DEFENDANT,
THE TRAVELERS LLOYDS

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure this 6th day of May, 2026:

Maria Gerguis            Email: mgerguis@dalyblack.com
Richard Daly                       rdaly@dalyblack.com
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098

ROBERT F. SCHEIHING

2